IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TRAY J. HAYNES | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-535 |
| SHERIFF, JEFFERSON COUNTY, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Tray J. Haynes, a prisoner confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Sheriff of Jefferson County, Chief Shawnburger, and Major Guillory.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

Proper notice was sent to Plaintiff at his last known address, but the Report and Recommendation was returned to the Court as undeliverable because Plaintiff is no longer confined at the Jefferson County Correctional Facility. *See* FED. R. CIV. P. 5(b)(2)(C). Plaintiff was not been in contact with the Court to provide his current address.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge [Dkt. 6] is ADOPTED. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 5th day of January, 2023.**

_____
Michael J. Truncale
United States District Judge